# Court of Appeals
# of the State of Georgia

ATLANTA,  February 23, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0957.  DORIS JONES v. WAL-MART STORES, INC., et al.**

In this direct appeal, Doris Jones seeks review of the superior court's order affirming a decision of the State Board of Workers' Compensation.  However, an appeal from a decision of the superior court reviewing a decision of the State Board of Workers' Compensation must be brought by application for discretionary appeal. See OCGA § 5-6-35 (a) (1); *Adivari v. Sears, Roebuck & Co*., 221 Ga. App. 279 (471 SE2d 59) (1996). Because Jones failed to follow the proper appellate procedure, her appeal is hereby DISMISSED for lack of jurisdiction.  See *Adivari*, supra.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/23/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*  , *Clerk.*